# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, as subrogee of Con Transport, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTION COMPANY OF ARIZONA, LLC; an Arizona company; ONZMOVE INC. dba ONZMOVE, a Pennsylvania corporation; DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.  3:26-cv-00029-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR**<br>**DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff ACUITY A MUTUAL INSURANCE COMPANY as subrogee of Con Transport, LLC, and Defendants SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and ONZMOVE, INC., by and through their respective counsel, hereby

1

stipulate and agree that the lawsuit filed against SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, **ONLY,** may be dismissed without prejudice in its entirety as it pertains to SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, with each party to bear their own costs and attorneys' fees.

Dated:  March 25, 2026

**BAUMAN LOEWE WITT & MAXWELL,**
**P.L.L.C.**

**WINNER & BOOZE**

*/s/Paul T. Landis*
Paul T. Landis, Nevada Bar No. 10651
8765 E Bell Rd., Ste. 210
Scottsdale, Arizona 85260
plandis@blwmlawfirm.com
*Attorneys for Plaintiff Acuity A Mutual*
*Insurance  Company*

*/s/John R. Hawley (w/permission)*
John R. Hawley, Nevada Bar No. 1545
1117 South Rancho Drive
Las Vegas, Nevada 89102
jhawley@winnerfirm.com
*Attorney for Defendant Swift Transportation*
*Company of Arizona, LLC*

**HAWKINS PARNELL & YOUNG, LLP**

*/s/Elaine K. Fresch (w/permission)*
Elaine K. Fresch, Nevada Bar No. 9263
Eric O. Freeman, Nevada Bar No. 6648
Dylan E. Houston, Nevada Bar No. 13697
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Email: efresch@hpylaw.com
efreeman@hpylaw.com
dhouston@hpylaw.com
*Attorneys for ONZMOVE INC*

**IT IS SO ORDERED.**

**DATED**: March 26, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2