**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, as subrogee of Con Transport, LLC, | Case No.  3:26-cv-00029-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| SWIFT TRANSPORTION COMPANY OF ARIZONA, LLC; an Arizona company; ONZMOVE INC. dba ONZMOVE, a Pennsylvania corporation; DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff ACUITY A MUTUAL INSURANCE COMPANY as subrogee of Con Transport, LLC, and Defendant ONZMOVE, INC., by and through their respective counsel, hereby stipulate that the above-entitled matter having been settled between them, the

same may be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

Dated:  June 8, 2026

**BAUMAN LOEWE WITT & MAXWELL, P.L.L.C.**

/s/Paul T. Landis
Paul T. Landis, Nevada Bar No. 10651
8765 E Bell Rd., Ste. 210
Scottsdale, Arizona 85260
plandis@blwmlawfirm.com
*Attorneys for Plaintiff Acuity A Mutual Insurance  Company*

**HAWKINS PARNELL & YOUNG, LLP**

/s/Dylan E. Houston (with permission)
Elaine K. Fresch, Nevada Bar No. 9263
Eric O. Freeman, Nevada Bar No. 6648
Dylan E. Houston, Nevada Bar No. 13697
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Email: efresch@hpylaw.com
efreeman@hpylaw.com
dhouston@hpylaw.com
*Attorneys for ONZMOVE INC*

ONZMOVE INC. d/b/a ONZMOVE

By: _____

Name (Print): Benn Ford

Job Title: Safety Manager

Dated: 6/8/2026

APPROVED AS TO FORM:

DYLAN E. HOUSTON, ESQ.
Attorney for Defendant Onzmove, Inc.
d/b/a Onzmove

6

4926-3032-3116, v. 1

Scanned with
CamScanner

**IT IS SO ORDERED.**

**DATED**:  June 9, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE